UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

PATRICIA ANTOINE, Aministratrix of the Estate of
SIDNEY ANTOINE,

                                           Plaintiff,

                           -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, JOHN G. KRAL, M.D., SHEILLA
PHILEMOND, P.A., ALIREZA SADEGH, M.D., DARON
GELDWERT M.D., GEE WONG, M.D., AISHA WHITE,
M.D., and JOHN DOE #S 1-10,

                                       Defendant(s).

------------------------------------------------------------------- x

**STIPULATION DISMISSING ACTION**

07 CV 00780

      IT IS HEREBY STIPULATED by and between the counsel for the parties that the above captioned action be and hereby is dismissed with prejudice without costs or disbursements to either party.

Dated: August 5, 2008

PLACID & EMMANUEL
Attorneys for Plaintiff

2941 Boston Post Road

Bronx, New York 10469

By: _____
Placidus Aguwa

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 2-106
New York, New York 10007

By: _____
Jesse I. Levine (8829)

SO ORDERED:

_____